Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Form 2

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

Barbara A. Saddler

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Continental Resources
Harold Hamm / Div Order

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CIV-24-955-HE
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one) ✓ Yes ☐ No

FILED
SEP 16 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Barbara A. Saddler
Street Address: 101 SW Jamaica St.
City and County: Idabel, Oklahoma, 74745
State and Zip Code: Oklahoma
Telephone Number: (469) 364-1054
E-mail Address: msbsaddler01@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Harold Hamm
- Job or Title (if known): Owner of Continental Resoures
- Street Address: 20 N. Broadway Ave
- City and County: OKC Oklahoma
- State and Zip Code: 73102
- Telephone Number: (405) 234-9000
- E-mail Address (if known): www.Clr.com

Defendant No. 2
- Name: Thatcher Anderson
- Job or Title (if known): Division Order Analyst
- Street Address: PO Box 269091
- City and County: Okla City, Oklahoma
- State and Zip Code: 73126
- Telephone Number: 405-774-5257
- E-mail Address (if known): Divord@Clr.com

Defendant No. 3
- Name:
- Job or Title (if known): Division Order Analyst
- Street Address: PO Box 269091
- City and County: OKC Oklahoma
- State and Zip Code: 73126
- Telephone Number: 405-774-5841
- E-mail Address (if known): Divord@Clr.com / delvin.thurman@Clr.com

Defendant No. 4
- Name: Lauren Jackson
- Job or Title (if known): Lead Coordinator, Owner Relations
- Street Address: 20 N. Broadway
- City and County: OKC Okla
- State and Zip Code: 73102
- Telephone Number: 405-774-5257
- E-mail Address (if known): www.Clr.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* __Barbara Saddler__, is a citizen of the State of *(name)* __Oklahoma__

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

b. If the defendant is a corporation

The defendant, *(name)* Harold Hamm, is incorporated under the laws of the State of *(name)* Oklahoma, and has its principal place of business in the State of *(name)* 20 N. Broadway 73102.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake– is more than $75,000, not counting interest and costs of court, because *(explain)*:

(in Oct 2021) Harold Hamm atty sent me paper work out to family stating His Company Continental Resources would be drilling for Oil and gas that was Oct 2021, and State Okla requires Royalties, Pooling intreast, Statutory Intrest

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have sent documentation. Certified thur US Post Office as well Several emails from Nov 2023- to date Aug 1st 2024 Continental has Started drilling a 2nd well and we / myself and Siblings have not received a cent from 1st well of Oil Nor gas. let alone the 2nd well They even had us sign W-9 for there records but never paid us Thurmen DIV order ask how did you all even come about getting the land.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

IF the co. Continental is making billion why Can't I get paid without delay the money would have helped me in many ways, Keeping a home, Transportation, Food. Paying out-standing bills, health ins, I have been homeless, So yes I as well my sibling are due more than punitive damages due to them, I have and still do suffer from depression due to the lack of Complying with state laws, and rules, the Company is Systemic getting away with racism, and still making money off our land.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug 9th 2024

Signature of Plaintiff: Barbara D. Saddler
Printed Name of Plaintiff: Barbara A. Saddler

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address