(ATTactement 1)
~~and to~~ Supporting
Doc

June 29, 2024

**MEMORANDUM FOR:**

**CONTINENTAL RESOURCES INC.**

**20 N. BROADWAY AVE**

**OKLAHOMA CITY, OK 73102**

owner.relations@clr.com **or**

delvin.thurman@clr.com

*Barbara Saddler*

**FROM: Louie A. Beasley**

**202 W. Chapel Ridge Rd Apt #222**

**Pauls Valley, OK 73075**

**Cell: 559-816-9997**

**louie.beasley_sr@yahoo.com**

SUBJECT:  **AMENDED DIVISION ORDERS**

The purpose of this letter is to address the fact that I have never received the amended division orders sent multiple times by Mr. Delvin Thurman and his team. Orders were sent on or around June 6, 2024, and again on or around June 17th, and for some reason have not reached both myself and my Twin brother Dewey Beasley.

We believe that maybe the addresses are not clear enough on the affidavit, but addresses of all siblings, the descendent children of Linda C. Johnson and daughter of Ada M. Moore can be found below. In the meantime, our siblings did receive the amended division orders (the second time they were mailed out) and so we are utilizing the same package that was sent out to our brother, Cleo French. Please except our mail due to the fact we have yet to receive our own in the mail.

Barbara Saddler, PO Box 852041, Richardson, TX 75085 (has received her mail)
Cleo French, 2600 Tealwood Dr, Apt 926, OKC, OK 73120 (has received his mail)
**Louie A. Beasley, 202 W. Chapel Ridge Rd, Apt 222, Pauls Valley, OK 73075 (has not received any amended division orders)**
Dewey A. Beasley, 1001 SE Adams St, Idabel, OK 74745 (has not received any amended division orders)

Property Number-112617
Property Name-BILLY THE KID 0103-29-20-1MXH
Operator-Continental Resources Inc
County and State-Garvin County, OK
Property Description-SEC 20-1N-3W (49.4780%)
                    SEC 29-1N-3W (50.5220%)
Production     X Oil         X Gas
Owner Name-Louie A. Beasley, Address-202 W. Chapel Ridge Rd, Apt 222, Pauls Valley, OK 73750

December 15, 2023

MEMORANDUM FOR:

CONTINENTAL RESOURCES INC.

20 N. BROADWAY AVE

OKLAHOMA CITY, OK 73102

owner.relations@clr.com

*Barbara Saddler*

FROM: Louie Beasley Sr.

603 Hempstead Ct.,

Virginia Beach, VA, 23451

Cell: 559-816-9997

louie.beasley_sr@yahoo.com

SUBJECT: **ROYALTIES AND POOLING**

The purpose of this letter is to address the demand for royalties and pooling interest in production.

The law practice regarding division orders varies from state to state, I know that it is not required in the state of Oklahoma as I am sure you are aware of that also. Nevertheless, myself, nor my three (3) siblings have never received any compensation for royalties/pooling interest. In 1985, the Oklahoma Supreme Court put in place laws, rules, and regulations to help protect mineral owners from improper intentions and fraud from oil and gas companies. Perhaps your argument may be that the landman had no current information, but an affidavit of heirship has been in place for a few years now and updated as needed. I have checked many times with the Department of Treasury Office, mineral owners escrow account. Nothing has been distributed, yet you received approval from the Oklahoma Corporation Commission to drill a multi-unit horizontal well. Me and my siblings' names are registered, my question to you is how we determine the best way to allocate the percent and interest owed to me and my siblings. I have exuded patience during this process, as a result, nothing has been done in good faith or by law from your organization. I am requesting you, or someone from your organization, to establish and prepare the appropriate documents regarding production of royalties and pooling owed to me. I am the heir of Linda C. Johnson, who in turn was an heir of Ada M. Moore. There is money in suspense due to me, and I own interest in the new well that you are drilling in, currently. Information provided below.

**The Estate of Linda C. Johnson (deceased)**
**Well: Billy the Kid 0103 29-20-1MXH (Drilled 2021)**
**API # 35-049-25340**
**New Well: Billy the Kid 2 29-20XHM**
**API# 35-049-25421**

BEFORE THE CORPORATION COMMISSION
OF THE STATE OF OKLAHOMA

| | |
|---|---|
| APPLICANT: | CONTINENTAL RESOURCES, INC. )|
| RELIEF SOUGHT: | **MULTIUNIT HORIZONTAL WELL** ) CAUSE CD NO. |
| | ) |
| LEGAL DESCRIPTION: | SECTION 20 AND SECTION 29, ) 2023-001586 |
| | TOWNSHIP 1 NORTH, ) |
| | RANGE 3 WEST, ) |
| | GARVIN COUNTY, OKLAHOMA ) |

## APPLICATION

1.  Parties: Applicant is Continental Resources, Inc., P.O. Box 269091, Oklahoma City, Oklahoma 73126. The attorney for Applicant is Karl F. Hirsch of the law firm Hirsch, Heath, & White, PLLC, 901 Cedar Lake Boulevard, Oklahoma City, Oklahoma 73114; (405) 235-1768. Applicant is the owner of the right to drill a well into and produce hydrocarbons from the hereinafter named common sources of supply. The name and address of each party being named as a respondent to this Application is shown on Exhibit "A" attached hereto and made a part hereof.

2.  Allegation of Facts:

2.1.a  By Order No. **714256**, the Corporation Commission established 640-acre horizontal well drilling and spacing units for production from the Caney, Sycamore and Woodford common sources of supply underlying Section 20, Township 1 North, Range 3 West, Garvin County.

2.1.b  By Order No. **714930**, the Corporation Commission established 640-acre horizontal well drilling and spacing units for production from the Caney and Sycamore common sources of supply underlying Section 29, Township 1 North, Range 3 West, Garvin County.

2.1.c  By Order No. **592701**, the Corporation Commission established 640-acre horizontal well drilling and spacing units for production from the Woodford common source of supply underlying Section 29, Township 1 North, Range 3 West, Garvin County.

2.2  The Sycamore common source of supply in Section 20 and Section 29 may be developed under the Extended Horizontal Well Development Act. The Sycamore in these units hereby constitutes a Targeted Reservoir under 52 O.S. §87.6 and the Caney and Woodford constitute Adjacent common sources of supply. The top of the Caney is at a depth of approximately 8,080 feet in Section 20 and approximately 7,275 feet in Section 29. The top of the Sycamore is at a depth of approximately 8,440 feet in Section 20 and approximately 7,635 feet in Section 29. The top of the Woodford is a depth of approximately 8,840 feet in Section 20 and approximately 8,035 feet in Section 29.

2.3  Applicant is proposing to drill a multiunit horizontal well (tentatively named the Billy the Kid 2-29-20XHM well) in Section 20 and Section 29, all in Township 1 North, Range 3 West, in the Targeted Reservoir, with a portion of the completion interval of such multiunit horizontal well to be located in the 640-acre horizontal well drilling and spacing units formed for the Caney, Sycamore and Woodford common sources of supply in Section 20 and Section 29, at the following location:

| LOCATION | NORTH/SOUTH | EAST/WEST | UNIT |
|---|---|---|---|
| Commencement of Completion Interval | NCT 165' FSL | NCT 660' FEL | Section 29-1N-3W |
| End of Completion Interval | NCT 0' FNL | NCT 660' FEL | Section 29-1N-3W |
| Commencement of Completion Interval | NCT 0' FSL | NCT 660' FEL | Section 20-1N-3W |
| End of Completion Interval | NCT 660' FNL | NCT 660' FEL | Section 20-1N-3W |

Applicant is proposing to drill the multiunit horizontal well to an estimated total measured depth of 16,609 feet with an estimated completion interval of 8,798 feet. Applicant intends to run casing in the horizontal portion or lateral of the wellbore and to cement the casing so as to cover and isolate the first and last perforations in the horizontal portion or lateral of the well to protect the correlative rights of offset owners. The granting of the Order requested will not obtain to Applicant any geological advantage adverse to the off-set operators.

2.4  The Commission should allocate to each of the affected units covered hereby the reasonable drilling, completion and production costs associated with the multiunit horizontal well and the commingled production and proceeds from the completion interval of such multiunit horizontal well. Based upon the information now available, Applicant is proposing that the allocation factor for each of the affected units should be determined by dividing the length of the completion interval of the multiunit horizontal well located in each unit by the entire length of the completion interval in the multiunit horizontal well. Applicant anticipates that approximately 40% of the completion interval of the multiunit horizontal well will be located in Section 20 and approximately 60% of the completion interval of the multiunit horizontal well will be located in Section 29 with the cost of and the production and proceeds from the multiunit horizontal well allocated between the affected units based on such percentages. The actual allocation of such costs, production and proceeds may vary depending upon the results of the drilling and completion of the multiunit horizontal well.

2.5  Attached hereto as Exhibit "B" and made a part hereof is a map showing the location of each currently existing well in each of the affected units covered hereby and the approximate anticipated location of the proposed multiunit horizontal well proposed herein. At this time and depending on the circumstances existing in the future, including the price of hydrocarbons to be produced, Applicant may drill additional multiunit horizontal wells in the Targeted Reservoir covered hereby so as to promote the full and efficient development and operation of the Targeted Reservoir within the affected units.

2.6  In Cause CD No. 2023-001587, Applicant filed an Application requesting an exception to the permitted well locations in the 640-acre horizontal well drilling and spacing units formed for the Sycamore and Woodford common sources of supply in Section 20 and

405 531.-4273  2300 N. Lincoln Blvd #217

Unclaimed Property Dept of State Office of your Property location

State Treasure's Office in Okla State Map

unclaimed.Org

Okla

# HIRSCH, HEATH & WHITE PLLC

**ATTORNEYS AND COUNSELORS AT LAW**

The Cedars at Kelley Lake
901 Cedar Lake Boulevard
Oklahoma City, Oklahoma 73114-7813

## ADDRESS SERVICE REQUESTED



FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 73114  $ 000.60⁰
02 7N
0000027576 MAY 22 2023

The Estate of Linda C. Johnson, deceased
c/o Barbara Saddler
2111 E Beltline Road UNIT 128C
Richardson TX 75081

CLR 10272- AAAN

7508183370 C075

BEFORE THE CORPORATION COMMISSION
OF THE STATE OF OKLAHOMA

| | | |
|---|---|---|
| APPLICANT: | CONTINENTAL RESOURCES, INC. | ) |
| | | ) |
| RELIEF SOUGHT: | **CHANGE OF OPERATOR UNDER ORDER NO. 719557** | ) CAUSE CD NO. |
| | | ) 2023-001591 |
| | | ) |
| LEGAL DESCRIPTION: | SECTION 20, TOWNSHIP 1 NORTH, RANGE 3 WEST, GARVIN COUNTY, OKLAHOMA | ) ORDER NO. |
| | | ) 735461 |

ORDER PERMITTING CHANGE OF OPERATOR,
APPOINTMENT OF ALTERNATIVE OPERATOR,
DELETION OF DESIGNATION OF OPERATOR
(Unprotested Cause)

On May 11, 2023 the above-captioned Applicant filed with the Commission an Application requesting that the prior Orders listed below and on Exhibit "A" hereto attached be amended to allow for the following:

(X)   Change Of Operator
(  )   Appointment Of Alternate Operator
(  )   Delete Designated Of Operator

| ORDER NO. | DATE | TYPE OF ORDER | LEGAL DESCRIPTION: |
|---|---|---|---|
| 719557 | 7-21-2021 | Pooling | Section 20-1N-3W, Garvin County, Oklahoma |

The Technical Department of the Oil and Gas Conservation Division of the Commission has reviewed the Application and exhibits. The Commission adopts the following findings of said department.

1. RELIEF SOUGHT: The Application requesting authority under OAC OCC 165:5-7-11 to a change of operator, appoint an alternate operator or delete the designation of operator in the above-mentioned prior Commission Orders.

2. JURISDICTION: The Commission has jurisdiction of the subject matter and over the application herein.

3. NOTICE: Notice has been given as required by law and the rules of the Commission. Karl F. Hirsch, Attorney, entered an appearance on behalf of Applicant.

4. ADJUDICATION WITHOUT HEARING: During the 15-day protest period established by OAC OCC 165:5-7-11, the Technical Department did not receive any written

---

protest to the Application or demand for hearing. Consequently, the cause was adjudicated on the basis of Applicant's verified Application and exhibits.

5. Exhibits: Applicant submitted exhibits to the Commission as was referenced on the Application and Notice of Hearing, all of which were in compliance with OAC OCC 165:5-7-11.

6. SURETY INFORMATION FOR CONTINENTAL RESOURCES, INC:

| CAUSE NUMBER | 2023-001591 |
|---|---|
| SURETY INSTRUMENT TYPE | Bond |
| AMOUNT OF SURETY | $25,000 |
| SURETY EXPIRATION | June 26, 2023 |
| NUMBER OF WELLS | 1,313 |
| YEARS AS AN OPERATOR IN OKLAHOMA | 50 |

ORDER

Applicant is hereby authorized, and it is hereby so ordered the following:

A. That a change of operator be affected under the Order No(s). listed herein and that the current operator shown below be deleted as operator and the new operator shown below be designated as operator:

| | Current Operator | | New Operator | | |
|---|---|---|---|---|---|
| Applicant: | Camino Natural Resources, LLC | Applicant: | Continental Resources, Inc | | |
| Address: | 1401 17th St., Suite 1000 | Address: | P.O. Box 268870 | | |
| City, | Denver | City, | Oklahoma City | | |
| State: | CO    Zip: 80202-1247 | State: | OK    Zip: 73126 | | |
| OTC Operator Number | 24097 | OTC Operator Number | 3186 | | |

B. That the appointment of an alternate operator be affected under the Order No(s). listed herein and on Exhibit "A" attached hereto and that the operators listed below be designated as alternate operators: Not applicable.

| | First Alternate Operator | | Second Alternate Operator | |
|---|---|---|---|---|
| Applicant: | | Applicant: | | |
| Address: | | Address: | | |
| City, | | City, | | |
| State: | Zip: | State: | Zip: | |
| OTC Operator Number | | OTC Operator Number | | |

CAUSE CD NO. 2023-001591
PAGE 3 OF 3
CONTINENTAL RECOURCES, INC.
ORDER OF THE COMMISSION

B.  That the deletion of the designation of operator be affected under the Order No(s). listed herein.

CORPORATION COMMISSION OF OKLAHOMA

_____
J. TODD HIETT, Chairman

_____
KIM DAVID, Vice Chairman

_____
BOB ANTHONY, Commissioner

DONE AND PERFORMED THIS  30th  DAY OF __June_____, 2023.

BY ORDER OF THE COMMISSION

_____
STACY D. MARSEE, Acting Commission Secretary

APPROVED:

_____
KARL F. HIRSCH, OBA NO. 4232

### REPORT OF THE TECHNICAL DEPARTMENT

The foregoing findings and order represent the finding and recommendation of the agent authorized by the Director of Oil and Gas Conservation for the Commission for review of the above-captioned application.

___Virginia Heldorger_____        ___6/22/2023_____
Manager Technical Department                         Date

___Shana Swirin-Miles_____        ___6/20/2023_____
Technical Department Staff                               Date

### *AFFIDAVIT OF DEATH AND HEIRSHIP*

**BEFORE ME,** the undersigned authority, on this day personally appeared *Mable Jackson* **(see paragraph 1)**, well known to me to be a credible person, who being by me sworn to tell the truth, the whole truth, and nothing but the truth, made the following answers, swore these answers were true, to the best of his/her knowledge and belief, and subscribed his/her name below, covering an interest lands in **Section** 28 , **Township** 3N , **Range** 3W , *Garvin* **County, Oklahoma:**

1.  Affiant name and present address:
    *Mable Jackson*
    *1705 N.W 177 terr, Edmond, Ok*

2.  I am acquainted with and/or have family history on:
    *Ida Moore* *(decedent)*

3.  How long did you know her/him?
    *61 years for Both*

4.  What was his/her date (and place) of birth?
    *Ada Dec 17- 1925*
    *CW Moore  1922*

5.  What was his/her date (and place) of death?
    *Ada Pass 02/4/2005*
    *CW  11  06-10-2004*

6.  Was ***decedent*** ever married? (If No, skip to #7)        ☑ Yes    ☐ No
    How many times?

    | *Name/Address of spouse (or spouses)* | *Date of Marriage* | *Date of Death/Divorc* |
    |---|---|---|

    | | | |
    |---|---|---|
    | Did spouse leave a will? | ☐ Yes | ☑ No |
    | Was their estate probated? | ☐ Yes | ☐ No |
    | County and State and Number: | | |

    | | | |
    |---|---|---|
    | Did ***decedent*** divorce from any spouse? | ☐ Yes | ☑ No |
    | If Yes, County, State and date: | | |

7.  Did ***decedent*** leave any will within your knowledge?    ☐ Yes    ☑ No
    (attach copy if available)

8.  Was there judicial determination of the estate?    ☐ Yes    ☑ No
    If Yes, State, County, Number?
    (attach copy if available)

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

*Old one*

I-2017-010964 Book 2204 Pg: 315
12/28/2017  8:00 am   Pg 0315-0317
Fee:   $ 17.00    Doc:    $ 0.00
Lori Fulks - Garvin County Clerk
State of Oklahoma

Page 1 of 3

9. What are the names of all **_decedents_** children (including adopted and step-children), their address, their birth dates and date of death, if applicable?
(If decedent had no children, go to #11)

| Name/Address of Children | Date of Birth | Date of Death |
|---|---|---|
| 73012  1705 N.W 177terr Elm. Mabel Jackson | 014-21-44 | |
| P.O. BX 405 Idabel, Ok Evelyn Moore | 03-16-1953 | |
| 300 N.W16th Street Idds, Altha, Rickard | 07-10-1956 | |
| Same address " Cleaster Moore | 03-28-1961 | |
| Same address " Vera Moore | 06-30-1958 | |
| No address — Curtis Ray Moore | No address | |
| 2206 Woodmere Dr Fitzgrald Moore | Sept 17-1964 | |
| Dallas tx 75233 | | |

10. If any of the children named in #9 above are deceased, state the name of their spouse, the names of all their children, (including adopted), and if they left a will:

| Name/Address of Spouse and Children of #9 (those shown deceased) | Date of Birth | Date of Death |
|---|---|---|
| | | |

11. Complete only if **_decedent_** was survived neither by children nor their descendants:

Did decedent=s father or mother survive?
(If Yes, state mother's and/or father's name)      ☐ Yes    ☑ No

What are the names and addresses of his/her brothers and sisters?

Joe Edward Harris - Brother Denver, CO No Address

Lessie Harris - Brother Denver, CO No Address

If any of the brothers and/or sisters are deceased, give names and addresses of their children (including adopted) and spouses:

**FURTHER AFFIANT SAITH NOT**

Mable Jackson
_Affiant_

VIEW ADDITIONAL LAND RECORDS AT OKCOUNTYRECORDS.COM

I-2017-010964 Book 2204 Pg: 316
12/28/2017 8:00 am Pg 0315-0317
Fee $ 17.00 Doc:
Doc: $ 0.00
Lori Fulks - Garvin County Clerk
State of Oklahoma                    Page 2 of 3

STATE OF Oklahoma )
COUNTY OF Oklahoma )§:
)

This instrument was acknowledged before me this 20th day of November 2016, by 2017 Maddie Jackson , Affiant, who acknowledged that he executed such instrument for the purposes herein contained.

Irene Mageka
Notary Public

Notary Commission Number: 13007248
My Commission Expires: 08/07/2021
(SEAL) IRENE MAGEKA
#13007248
EXP. 08/07/21

RECORD & RETURN TO:
ORO Prep Group II, LLC
1141 N. Robinson Ste. 400
Oklahoma City, OK 73103

NOT AN OFFICIAL COPY

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I-2017-010964 Book 2204 Pg: 317
12/28/2017 8:00 am Pg 0315-0317
Fee: $ 17.00 Doc: $ 0.00
Lori Fulks - Garvin County Clerk
State of Oklahoma

Page 3 of 3

*Updated Correction added 11/3/2023*

### AFFIDAVIT OF DEATH AND HEIRSHIP

**BEFORE ME,** the undersigned authority, on this day personally appeared *Mable Jackson* **(see paragraph 1),** well known to me to be a credible person, who being by me sworn to tell the truth, the whole truth, and nothing but the truth, made the following answers, swore these answers were true, to the best of his/her knowledge and belief, and subscribed his/her name below, covering an interest lands in Section 28 , Township 3N , Range 3W , Garvin County, Oklahoma:

1. Affiant name and present address:
   *Mable Jackson*
   *1705 N.W 177 ters, Edmond, OK*

2. I am acquainted with and/or have family history on:
   *Ida MOORE*    **(decedent)**

3. How long did you know her/him?
   *61 Years for Both*

4. What was his/her date (and place) of birth?
   *Ada Dec 17- 1925*
   *Ciu moore 1922*

5. What was his/her date (and place) of death?
   *Ada Pass 02/4/2005*
   *CW 11 06-10-2004*

6. Was **decedent** ever married? (If No, skip to #7)    ☑ Yes    ☐ No
   How many times?

   | Name/Address of spouse (or spouses) | Date of Marriage | Date of Death/Divorc |
   |---|---|---|
   | | | |

   Did spouse leave a will?    ☐ Yes    ☑ No
   Was their estate probated?    ☐ Yes    ☐ No
   County and State and Number:

   Did **decedent** divorce from any spouse?    ☐ Yes    ☑ No
   If Yes, County, State and date:

7. Did **decedent** leave any will within your knowledge?    ☐ Yes    ☑ No
   (attach copy if available)

8. Was there judicial determination of the estate?    ☐ Yes    ☑ No
   If Yes, State, County, Number?
   (attach copy if available)

I-2023-007668    Book 2457 Pg 421
11/03/2023 11:14am    Pg 0421-0424
Fee: $24.00 Doc: $0.00
Lori Fulks - Garvin County Clerk
State of OK

I-2019-002350 Book 2258 Pg: 782
04/02/2019 12:27 pm Pg 0782-0784
Fee: $17.00    Doc: $0.00
Lori Fulks - Garvin County Clerk
State of Oklahoma

I-2017-010964 Book 2204 Pg: 315
12/28/2017 8:00 am Pg 0315-0317
Fee: $17.00    Doc: $0.00
Lori Fulks Garvin County Clerk
State of Oklahoma

CERTIFICATE OF TRUE COPY
I, Lori Fulks County Clerk for Garvin County, Oklahoma, hereby certify that the foregoing is a full, true and complete copy of the instrument herewith set out as it apprears of record in Book 2204 page 315-317, Given under my hand and seal this 2nd day of April 2019.

LORI FULKS, COUNTY CLERK
by *Sandi Oblinsha*
Deputy County Clerk

Page 1 of 3

9.   What are the names of all *decedents* children (including adopted and step-children),
     their address, their birth dates and date of death, if applicable?
     (If decedent had no children, go to #11)

| Name/Address of Children | Date of Birth | Date of Death |
|---|---|---|
| *73012* 1705 N.W 177 terr Edmo Mable Jackson | 014-21-44 | |
| P.O. BX 405 IValid, Ok Evelyn Moore | 03-16-1953 | |
| 300 N.W 16th Street Ida, Altha Richard | 07-10-1956 | |
| Same address '' Cleatas Moore | 03-28-1961 | |
| Same address '' Vera Moore | 06-30-1958 | |
| No address Curtis Kay Moore | No address | |
| 2206 Woodmere Dr Fitzgerald Moore | Sept 17-1964 | |
| Dallas Tx 75233 | | |

10.  If any of the children named in #9 above are deceased, state the name of their
     spouse, the names of all their children, (including adopted), and if they left a will:

| Name/Address of Spouse and Children of #9 (those shown deceased) | Date of Birth | Date of Death |
|---|---|---|
| Linda C. Johnson | 12/21/41 | 12/16/1998 |
| Children's | | |
| ✳ Barbara Saddler - PO Box 494992 Garland Tx | 5/2/62 | |
| Cleotis French - 5533 N. 50th St. Apt C Warr Acres, Okla 73122 | Jan 11 | |
| Louie Beasley - 711 Aurora St. Bishop Tx 78343 | Nov 18 | |
| Dewey Beasley - 2516 Senator St. Texarkana, Arkansas 71854 | Nov 18 | |

11.  Complete only if *decedent* was survived neither by children nor their descendants:

Did decedent=s father or mother survive?
(If Yes, state mother's and/or father's name)          ☐ Yes     ☑ No

What are the names and addresses of his/her brothers and sisters?

Joe Edward Harris - Brother Denver, CO   No address

Lessie Harris - Brother Denver, CO   No address

If any of the brothers and/or sisters are deceased, give names and addresses of their children
(including adopted) and spouses:

**FURTHER AFFIANT SAITH NOT**

*Mable Jackson*
Affiant

I-2023-007668     Book 2457 Pg 422
11/03/2023 11:14am     Pg 0421-0424
Fee: $24.00   Doc: $0.00
Lori Fulks - Garvin County Clerk
State of OK

Page 2 of 3

I-2017-010964  Book 2204  Pg. 316
12/28/2017   8:00 am   Pg 0315-0317
Fee   $ 17.00   Doc.   $ 0.00
Lori Fulks - Garvin County Clerk
State of Oklahoma

I-2019-002350  Book 2258  Pg: 783
04/02/2019  12:27 pm   Pg 0782-0784
Fee:  $ 17.00   Doc:   $ 0.00
Lori Fulks - Garvin County Clerk
State of Oklahoma

STATE OF _Oklahoma_ )
COUNTY OF _Oklahoma_ )§:
)

This instrument was acknowledged before me this _20th_ day of _November_ ~~2016~~ 2017 by _Mable Jackson_, Affiant, who acknowledged that he executed such instrument for the purposes herein contained.

_Irene Magera_
Notary Public

Notary Commission Number: 13007248
My Commission Expires: 08|07|2021
(SEAL)

RECORD & RETURN TO:
ORIX Capital Group II, LLC
1141 N. Robinson Ste. 400
Oklahoma City, OK 73103

I-2019-002350  Book 2258  Pg: 784
04/02/2019  12:27 pm  Pg 0782-0784
Fee:    $ 17.00    Doc:    $ 0.00
Lori Fulks - Garvin County Clerk
State of Oklahoma

I-2023-007668      Book 2457 Pg 423
11/03/2023 11:14am   Pg 0421-0424
Fee: $24.00  Doc: $0.00
Lori Fulks - Garvin County Clerk
State of OK

I-2017-010964  Book 2204  Pg  317
12/28/2017  8:00 am   Pg 0315-0317
Fee:    $ 17.00    Doc:    $ 0.00
Lori Fulks - Garvin County Clerk
State of Oklahoma

Page 3 of 3

childern's

Linda L. Johnson —→ Heir to Ada. M. Moore - Decased
    Estate - deceased                      DOB - 12/17/1924
Date of birth 12/21/41                     DOD - 02/4/ 2005
Date of death 12/16/1998

                    5/2/62
Barbara Saddler - P.O. Box 852041 Richardson TX 75085
                    01/11
Cleo French - 9900 Indiao Rd. OKC, Oklahoma. 73159
Louie Beasley - 711 Aurora St. Bishop Tx 78343
                    11/18
Dewey Beasley - 2516 Senator St. Texarkana TX 71854



OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA

August 6, 2024

Barbara Saddler
101 SW Jamaica St
Idabel OK 74745

Dear Consumer:

Attached is a Consumer Complaint form for your convenience. Although the Attorney General cannot represent you as a private attorney, we will do all we can to assist you in resolving this complaint. You may also wish to consider other remedies such as Early Settlement, small claims court, arbitration, or a consultation with a private attorney.

Our complaint process can take at least 30 days from the date our office receives your completed complaint form. Please remember we are only able to proceed as far as our authority under the Oklahoma Consumer Protection Act allows. If we find that your complaint falls under the authority of another agency, we will forward it to the appropriate office for your convenience. The complaint process sometimes can be lengthy. Thank you for your cooperation and patience.

If you have additional questions or information regarding your complaint, please write to us.

Sincerely,


Oklahoma Attorney General
Consumer Protection Unit

Enclosures:  Consumer Complaint Form ;


recycled paper



**Louie Beasley** <louie.beasley_sr@yahoo.com>
To: msbsaddler01@gmail.com, Dewey Beasley <beasleydewey5@gmail.com>,
C32.french@gmail.com <c32.french@gmail.com>, Delvin Thurman <delvin.thurman@clr.com>
Cc: ownerrelations@clr.com, owner.relations@clr.com

Jul 2 at 9:29 AM

Good morning Team Continental Resources,

It has been ten business days since Mr. Delvin has had our amended orders resent, and for some reason my Twin brother and I have not received ours. We are trying to close the loop on this process and can't figure out why our mail from your company is not arriving. Our older brother, Cleo French, has received his amended division orders package and has shared some of the contents with us but his packet has his name labeled and we need our own. I am respectfully asking that your team draft another package for both myself and Dewey A. Beasley, and I will come up to Oklahoma City and pick them up. Please see information below:

Property Number-112617
Property Name-BILLY THE KID 0103-29-20-1MXH
Operator-Continental Resources Inc
County and State-Garvin County, OK
Property Description-SEC 20-1N-3W (49.4780%)
SEC 29-1N-3W (50.5220%)
Production X Oil X Gas

Owners- Barbara Saddler, PO Box 852041, Richardson, TX 75085
Cleo French, 2600 Tealwood Dr, Apt 926, OKC, OK 73120
Louie A. Beasley, 202 W. Chapel Ridge Rd, Apt 222, Pauls Valley, OK 73075
Dewey A. Beasley, 1001 SE Adams St, Idabel, OK 74745

We thank Mr. Delvin (and team) for the professional service and will continue working with our mail system in trying to understand these constant mail problems. Once the letters, statement, and W-9 are ready for pickup, please email me at Louie.beasley_sr@yahoo.com or call at 559-816-9997 and I will gladly come pick them up in person.

Thank you,
Louie A. Beasley Sr.


On Monday, June 17, 2024 at 08:22:17 AM CDT, Delvin Thurman <delvin.thurman@clr.com> wrote:

Louie,

The amended division orders were resent today.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
P/F- 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126



NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Friday, June 14, 2024 2:55 PM
**To:** Delvin Thurman <Delvin.Thurman@clr.com>; msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>; C32.french@gmail.com
**Subject:** Re: {EXTERNAL}- Fw: Affidavit

---

**This Message Is From an External Sender**
This message came from outside your organization.

Great,
Yes if you could have those letters resent out to the addresses listed on the paperwork, that would be great. I've spoken to my siblings and none of us had received any mail from you guys as of recent as yesterday evening.

Again, thanks Delvin,
Louie

Sent from Yahoo Mail for iPhone

On Friday, June 14, 2024, 07:57, Delvin Thurman <Delvin.Thurman@clr.com> wrote:
Louie,

The transfer was finalized in our records and division orders were sent out to all of Ada M. Moore's heirs. If you have not received your division orders yet, I will get the documentation resent to you.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
P/F: 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126



NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Friday, June 14, 2024 7:40 AM
**To:** msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>;C32.french@gmail.com; Delvin Thurman <Delvin.Thurman@clr.com>
**Subject:** Re: {EXTERNAL}- Fw: Affidavit

---

**This Message Is From an External Sender**
This message came from outside your organization.

Good morning Delvin,

I wanted to follow up to see how things were going. I'm not sure if this will take many more months or how the process enters it's completion stage, but well aware that Memorial Day may've slowed things down for you and the company. If they're any updates, feel free to inform us all by email; all siblings are courtesy copied within this mail.

Thank You and Happy Friday,
Louie

On Thursday, May 30, 2024 at 04:24:43 PM CDT, Delvin Thurman <delvin.thurman@clr.com> wrote:

Louie,

I received the documentation and I will get started working on it.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
P/F: 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126



NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Thursday, May 30, 2024 4:21 PM
**To:** msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>;C32.french@gmail.com; Delvin Thurman <Delvin.Thurman@clr.com>
**Subject:** Re: {EXTERNAL}- Fw: Affidavit

**This Message Is From an Untrusted Sender**

Delvin,

The documentation has been filed on record at Garvin County along with the legal description for the mineral interest annotated on the form as well.

Thank you,
Louie

On Wednesday, May 22, 2024 at 12:35:25 PM CDT, Delvin Thurman <delvin.thurman@clr.com> wrote:

Louie,

The documentation will need to filed of record in Garvin County, and it will be best to place the legal description for the mineral interest on the proof of death and heirship (question #2), so future title examiners can locate the document in the section 20-1N-3W and credit the interest accordingly.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
P/F: 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126



NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Tuesday, May 21, 2024 5:28 PM
**To:** Delvin Thurman <Delvin.Thurman@clr.com>; msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>; C32.french@gmail.com
**Subject:** {EXTERNAL}- Fw: Affidavit

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

Good evening Mr. Delvin,
We spoke earlier and I've completed the affidavit in its entirety as required and got it notarized at the commissioners office here in Garvin County.

Very Respectfully,
Louie A. Beasley Sr.

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, May 21, 2024, 15:55, Garvin Co Commissioners <garvincomm.1@gmail.com> wrote:

Kerri Buckaloo
Garvin County Commissioners Office
201 W Grant Ave
Pauls Valley, OK  73075
405-238-2685
garvincomm.1@gmail.com



**Delvin Thurman** <delvin.thurman@clr.com>
To: Louie Beasley <louie.beasley_sr@yahoo.com>

Jul 2 at 10:19 AM

Louie,

Attached is your amend division order, W-9 and EFT documentation. You can either execute the documents and return them to me via email or sending them to the physical address listed below. In addition, I sent physical copies of the documents to the address listed on the attached division order.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
P/F: 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126



NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Tuesday, July 2, 2024 9:30 AM
**To:** msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>; C32.french@gmail.com; Delvin Thurman <Delvin.Thurman@clr.com>
**Cc:** Owner Relations <Owner.Relations@clr.com>; Owner Relations <Owner.Relations@clr.com>
**Subject:** Re: {EXTERNAL}- Fw: Affidavit

**This Message Is From an External Sender**

This message came from outside your organization.

Good morning Team Continental Resources,

It has been ten business days since Mr. Delvin has had our amended orders resent, and for some reason my Twin brother and I have not received ours. We are trying to close the loop on this process and can't figure out why our mail from your company is not arriving. Our older brother, Cleo French, has received his amended division orders package and has shared some of the contents with us but his packet has his name labeled and we need our own. I am respectfully asking that your team draft another package for both myself and Dewey A. Beasley, and I will come up to Oklahoma City and pick them up. Please see information below:

Property Number-112617
Property Name-BILLY THE KID 0103-29-20-1MXH
Operator-Continental Resources Inc
County and State-Garvin County, OK
Property Description-SEC 20-1N-3W (49.4780%)
SEC 29-1N-3W (50.5220%)
Production X Oil X Gas

Owners- Barbara Saddler, PO Box 852041, Richardson, TX 75085
Cleo French, 2600 Tealwood Dr, Apt 926, OKC, OK 73120
Louie A. Beasley, 202 W. Chapel Ridge Rd, Apt 222, Pauls Valley, OK 73075
Dewey A. Beasley, 1001 SE Adams St, Idabel, OK 74745

We thank Mr. Delvin (and team) for the professional service and will continue working with our mail system in trying to understand these constant mail problems. Once the letters, statement, and W-9 are ready for pickup, please email me at Louie.beasley_sr@yahoo.com or call at 559-816-9997 and I will gladly come pick them up in person.

Thank you,
Louie A. Beasley Sr.

On Monday, June 17, 2024 at 08:22:17 AM CDT, Delvin Thurman <delvin.thurman@clr.com> wrote:

Louie,

The amended division orders were resent today.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
P/F: 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126



NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Friday, June 14, 2024 2:55 PM
**To:** Delvin Thurman <Delvin.Thurman@clr.com>; msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>; C32.french@gmail.com
**Subject:** Re: {EXTERNAL}- Fw: Affidavit

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Great,
Yes if you could have those letters resent out to the addresses listed on the paperwork, that would be great. I've spoken to my siblings and none of us had received any mail from you guys as of recent as yesterday evening.

Again, thanks Delvin,
Louie

Sent from Yahoo Mail for iPhone

On Friday, June 14, 2024, 07:57, Delvin Thurman <Delvin.Thurman@clr.com> wrote:

Louie,

The transfer was finalized in our records and division orders were sent out to all of Ada M. Moore's heirs. If you have not received your division orders yet, I will get the documentation resent to you.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
P/F: 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126



NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Friday, June 14, 2024 7:40 AM
**To:** msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>;C32.french@gmail.com; Delvin Thurman <Delvin.Thurman@clr.com>
**Subject:** Re: {EXTERNAL}- Fw: Affidavit

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Good morning Delvin,

I wanted to follow up to see how things were going. I'm not sure if this will take many more months or how the process enters it's completion stage, but well aware that Memorial Day may've slowed things down for you and the company. If they're any updates, feel free to inform us all by email; all siblings are courtesy copied within this mail.

Thank You and Happy Friday,
Louie

On Thursday, May 30, 2024 at 04:24:43 PM CDT, Delvin Thurman <delvin.thurman@clr.com> wrote:


Louie,

I received the documentation and I will get started working on it.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
P/F: 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126



NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Thursday, May 30, 2024 4:21 PM
**To:** msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>; C32.french@gmail.com; Delvin Thurman <Delvin.Thurman@clr.com>
**Subject:** Re: {EXTERNAL}- Fw: Affidavit

---

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.


Delvin,

The documentation has been filed on record at Garvin County along with the legal description for the mineral interest annotated on the form as well.

Thank you,
Louie

On Wednesday, May 22, 2024 at 12:35:25 PM CDT, Delvin Thurman <delvin.thurman@clr.com> wrote:


Louie,

The documentation will need to filed of record in Garvin County, and it will be best to place the legal description for the mineral interest on the proof of death and heirship (question #2), so future title examiners can locate the document in the section 20-1N-3W and credit the interest accordingly.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
P/F: 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126



NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Tuesday, May 21, 2024 5:28 PM
**To:** Delvin Thurman <Delvin.Thurman@clr.com>; msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>; C32.french@gmail.com
**Subject:** {EXTERNAL}- Fw: Affidavit

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

Good evening Mr. Delvin,
We spoke earlier and I've completed the affidavit in its entirety as required and got it notarized at the commissioners office here in Garvin County.

Very Respectfully,
Louie A. Beasley Sr.

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, May 21, 2024, 15:55, Garvin Co Commissioners <garvincomm.1@gmail.com> wrote:

*Kerri Buckaloo*
*Garvin County Commissioners Office*
*201 W Grant Ave*
*Pauls Valley, OK  73075*
*405-238-2685*
*garvincomm.1@gmail.com*

**1 File**   101.8kB

 **LOUIE BEASLEY.pdf**
102kB

 **Louie Beasley** <louie.beasley_sr@yahoo.com>
To: Delvin Thurman <delvin.thurman@clr.com>

Jul 3 at 6:16 PM

Hello Delvin,

In the attachment you will see the W-9, Exhibit A and Amended Division Order Statement. I do not wish to do the EFT and will be satisfied with payments via mailed printed check.

Thank you again Sir,
Louie

On Tuesday, July 2, 2024 at 10:19:06 AM CDT, Delvin Thurman <delvin.thurman@clr.com> wrote:

Louie,

Attached is your amend division order, W-9 and EFT documentation. You can either execute the documents and return them to me via email or sending them to the physical address listed below. In addition, I sent physical copies of the documents to the address listed on the attached division order.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
**P/F**: 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126

 **Continental** **America's**
**RESOURCES** **Energy**
**Champion**

NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Tuesday, July 2, 2024 9:30 AM
**To:** msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>; C32.french@gmail.com; Delvin Thurman <Delvin.Thurman@clr.com>
**Cc:** Owner Relations <Owner.Relations@clr.com>; Owner Relations <Owner.Relations@clr.com>
**Subject:** Re: {EXTERNAL}- Fw: Affidavit

---

**This Message Is From an External Sender**

This message came from outside your organization.

Good morning Team Continental Resources,

It has been ten business days since Mr. Delvin has had our amended orders resent, and for some reason my Twin brother and I have not received ours. We are trying to close the loop on this process and can't figure out why our mail from your company is not arriving. Our older brother, Cleo French, has received his amended division orders package and has shared some of the contents with us but his packet has his name labeled and we need our own. I am respectfully asking that your team draft another package for both myself and Dewey A. Beasley, and I will come up to Oklahoma City and pick them up. Please see information below:

Property Number-112617
Property Name-BILLY THE KID 0103-29-20-1MXH
Operator-Continental Resources Inc
County and State-Garvin County, OK
Property Description-SEC 20-1N-3W (49.4780%)
SEC 29-1N-3W (50.5220%)
Production X Oil X Gas

Owners- Barbara Saddler, PO Box 852041, Richardson, TX 75085
Cleo French, 2600 Tealwood Dr, Apt 926, OKC, OK 73120
Louie A. Beasley, 202 W. Chapel Ridge Rd, Apt 222, Pauls Valley, OK 73075
Dewey A. Beasley, 1001 SE Adams St, Idabel, OK 74745

We thank Mr. Delvin (and team) for the professional service and will continue working with our mail system in trying to understand these constant mail problems. Once the letters, statement, and W-9 are ready for pickup, please email me at Louie.beasley_sr@yahoo.com or call at 559-816-9997 and I will gladly come pick them up in person.

Thank you,
Louie A. Beasley Sr.

On Monday, June 17, 2024 at 08:22:17 AM CDT, Delvin Thurman <delvin.thurman@clr.com> wrote:

Louie,

The amended division orders were resent today.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
P/F: 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126



NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Friday, June 14, 2024 2:55 PM
**To:** Delvin Thurman <Delvin.Thurman@clr.com>;msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>;C32.french@gmail.com
**Subject:** Re: {EXTERNAL}- Fw: Affidavit

---

**This Message Is From an External Sender**

This message came from outside your organization.

Great,
Yes if you could have those letters resent out to the addresses listed on the paperwork, that would be great. I've spoken to my siblings and none of us had received any mail from you guys as of recent as yesterday evening.

Again, thanks Delvin,
Louie

Sent from Yahoo Mail for iPhone

On Friday, June 14, 2024, 07:57, Delvin Thurman <Delvin.Thurman@clr.com> wrote:

Louie,

The transfer was finalized in our records and division orders were sent out to all of Ada M. Moore's heirs. If you have not received your division orders yet, I will get the documentation resent to you.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
P/F: 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126



NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Friday, June 14, 2024 7:40 AM
**To:** msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>;C32.french@gmail.com; Delvin Thurman <Delvin.Thurman@clr.com>
**Subject:** Re: {EXTERNAL}- Fw: Affidavit

**This Message Is From an External Sender**

This message came from outside your organization.

Good morning Delvin,

I wanted to follow up to see how things were going. I'm not sure if this will take many more months or how the process enters it's completion stage, but well aware that Memorial Day may've slowed things down for you and the company. If they're any updates, feel free to inform us all by email; all siblings are courtesy copied within this mail.

Thank You and Happy Friday,
Louie

On Thursday, May 30, 2024 at 04:24:43 PM CDT, Delvin Thurman <delvin.thurman@clr.com> wrote:

Louie,

I received the documentation and I will get started working on it.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
**P/F**: 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126

 | America's Energy Champion

NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Thursday, May 30, 2024 4:21 PM
**To:** msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>; C32.french@gmail.com; Delvin Thurman <Delvin.Thurman@clr.com>
**Subject:** Re: {EXTERNAL}- Fw: Affidavit

---

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

Delvin,

The documentation has been filed on record at Garvin County along with the legal description for the mineral interest annotated on the form as well.

Thank you,
Louie

On Wednesday, May 22, 2024 at 12:35:25 PM CDT, Delvin Thurman <delvin.thurman@clr.com> wrote:

Louie,

The documentation will need to filed of record in Garvin County, and it will be best to place the legal description for the mineral interest on the proof of death and heirship (question #2), so future title examiners can locate the document in the section 20-1N-3W and credit the interest accordingly.

Thank you,

**Delvin Thurman**
Division Order Analyst II

Continental Resources, Inc.
20 N. Broadway
OKC, OK 73102
**P/F**: 405-774-5841
delvin.thurman@clr.com
www.clr.com

Mailing:
PO Box 269091
OKC, OK 73126

Continental
RESOURCES
Energy
Champion

NOTICE: This message contains confidential information and is intended for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by reply e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

**From:** Louie Beasley <louie.beasley_sr@yahoo.com>
**Sent:** Tuesday, May 21, 2024 5:28 PM
**To:** Delvin Thurman <Delvin.Thurman@clr.com>;msbsaddler01@gmail.com; Dewey Beasley <beasleydewey5@gmail.com>;C32.french@gmail.com
**Subject:** {EXTERNAL}- Fw: Affidavit

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

Good evening Mr. Delvin,
We spoke earlier and I've completed the affidavit in its entirety as required and got it notarized at the commissioners office here in Garvin County.

Very Respectfully,
Louie A. Beasley Sr.

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, May 21, 2024, 15:55, Garvin Co Commissioners <garvincomm.1@gmail.com> wrote:

*Kerri Buckaloo*
*Garvin County Commissioners Office*
*201 W Grant Ave*
*Pauls Valley, OK  73075*
*405-238-2685*
*garvincomm.1@gmail.com*

**3 Files**    1.1MB

**Untitled**
7kB

**image001.png**
7kB

**W9 Louie Beasley.pdf**
1MB